UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA<br>v. | CRIMINAL No. 3:20CR143(KAD) |
|---|---|
| TYIESE WARREN | DECEMBER 13, 2021 |

### MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves to withdraw the appearance of Assistant United States Attorney Peter D. Markle, as counsel for the United States of America in the above-referenced case.

Accordingly, it is requested that this motion be granted.

    Respectfully submitted,
    LEONARD C BOYLE
    ACTING UNITED STATES ATTORNEY

    /s/ *Peter D. Markle*
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. CT05098
    157 Church Street, 25th Floor
    New Haven, CT   06510
    Tel.: (203) 821-3700
    Fax: (203) 773-5378
    Peter.Markle@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

      /s/ *Peter D. Markle*
      ASSISTANT U.S. ATTORNEY
      Federal Bar No. CT05098
      157 Church Street, 25th Floor
      New Haven, CT 06510
      Tel.: (203) 821-3700
      Fax: (203) 773-5378
      Peter.Markle@usdoj.gov